# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JAMES PORTER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:22-cv-00338-BP |
| GRAINGER INTERNATIONAL INC., | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 2nd day of December 2022, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendant Grainger International Inc.. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date:   December 2, 2022